UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gustavo Rodriguez Alarcon,<br><br>  Petitioner<br><br>v.<br><br>Jason Knight, et al.,<br><br>  Respondents | Case No. 2:26-cv-00691-JAD-BNW<br><br>**Order Directing Service of<br>28 U.S.C. § 2241 Petition,<br>Granting Motion for Temporary<br>Restraining Order, and<br>Setting a Briefing Schedule**<br><br>[ECF Nos. 1, 2] |

Petitioner Gustavo Rodriguez Alarcon, an immigration detainee who is challenging the lawfulness of his federal detention at Nevada Southern Detention Center, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241, moved for a temporary restraining order prohibiting the federal respondents from transferring him out of this district, and paid his filing fee.[1]  Following a preliminary review of the petition, I direct that it be served on the United States Attorney's Office (USAO) for the District of Nevada and set a briefing schedule.  I also find that a temporary restraining order to preserve the status quo in this case is warranted, so I grant the petitioner's motion.[2]

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to:

1. **ADD** the United States Attorneys' Office for the District of Nevada to the docket as an Interested Party. Under the District of Nevada's General Order 2026-03

---

[1] ECF Nos. 1, 2.

[2] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

(Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.

3. **SEND** a courtesy copy of the petition (ECF No. 1) and this order to Ashley Hesman (Mattos's attorney) at ahesman@strucklove.com.

IT IS FURTHER ORDERED that the USAO file a notice of appearance on or before March 16, 2026, and file and serve their answer to the petition on or before March 25, 2026. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading.[3]  Petitioner will then have 7 days to file a reply.

IT IS FURTHER ORDERED that the parties must certify efforts taken to meet and confer regarding any requests for an extension of deadlines and must indicate the opposing party's position regarding any extension.  Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

IT IS FURTHER ORDERED that the motion for temporary restraining order (ECF No. 2) is **GRANTED**.  Respondents must not transfer the petitioner out of this district.

Dated: March 12, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] *See Harris v. Nelson*, 394 U.S. 286, 290 (1969) (holding that "a district court, confronted by a petition for habeas corpus which establishes a *prima facie* case for relief, may use or authorize the use of suitable discovery procedures . . . reasonably fashioned to elicit facts necessary to help the court to 'dispose of the matter as law and justice require.'" (citing 28 U.S.C. § 2243)).